HUGH RILEY #20350045
USP-CANAAN
PO BOX 300
WAYMART, PA 18472 (PETITIONER(S) PRO SE)

U.S. DISTRICT COURTHOUSE OF,
HARRISBURG, PA

FILED HARRISBURG, PA  DEC 26 2019  PER ___ DEPUTY CLERK

HUGH L. RILEY #20350045  )
(PETITIONER'S)  )
V.  )  CASE NO. 1:19-CV-2210
MR. BRADLY, (WARDEN)(ET.AL)  )  #
(RESPONDENTS)  )

## PETITION FOR WRIT OF AD-TESTIFICANDUM

COMES NOW, HUGH RILEY #20350045, TO HERENOW PETITIONS THIS HONORABLE COURT FOR AN ORDER, ORDERING THAT THE ABOVE CITED RESPONDENT(S) PROVIDE TRANSPERTATION, TO TRANSPORT HIM AS THE LEAD-PETITIONER DOWN TO THE (U.S DISTRICT COURT OF HARRISBURG, PA. AT 228 WALNUT STREET, ON THIS _____ DATE AND _____ TIME TO REPRESENT THE ABOVE MATTER.

RESPECTFULLY, [signature] #20350045

HUGH RILEY #20350045
USP - CANAAN
P.O. BOX 300
WAYMART, PA 18472
(PETITIONER PRO SE)

U.S. DISTRICT COURTHOUSE OF,
HARRISBURG, PA

HUGH L. RILEY #20350045  )
(PETITIONER ET-AL)         )
                           )
V.                         )   CASE NO-
                           )
DIR. BRADLY, WARDEN        )
(RESPONDENT ET-AL)         )

## NOTICE OF CIVIL ACTION

COMES NOW, HUGH RILEY 20350045, THE LEAD-PETITIONER PRO SE, TO GIVE NOTICE THAT SEVERAL AD-SEG INMATES AT USP-CANAAN, IS CURRENTLY PREPARING A (1983) CIVIL ACTION AGAINST THE WARDEN AND ALL OTHERS IN CONJUNCTION WITH HIS UNCONSTITUTIONAL PRACTICES. THE CIVIL ACTION IS "CLASSED!"

RESPECTFULLY,

(II)

# INDEX

(1.) CERTIFICATE OF SERVICE .... (1)
(2.) INDEX _____ (2)
(3.) LETTER TO CLERK OF COURT _____ (3-7)
(4.) PETITION FOR AD TESTIFICANDUM (8)
(5.) MOTION TO PROCEED INFORMA PAUPEROUS (9)
(6.) PETITIONS RELEASE OF FINANCIAL RECORDS-
    AFFIDAVIT _____ (10)
(7.) NOTICE OF CIVIL ACTION _____ (11)
(8.) MOTION FOR PERMISSION TO CLASS (12)
(9.) MOTION FOR TEMPERARY INJUNCTION (13-19)
(10.) SUPPLEMENTAL-MOTION FOR PERMINANT
    INJUNCTION _____ (20-23)
(11.) MEMORANDUM OF LAW _____ (24-27)
(12.) PETITIONERS-AFFIDAVITS _____ (28-61)

②

FROM: HUGH L. RILEY #20350045
USP-CANAAN
P.O. BOX 300
WAYMART, PA. 18472

DATE:

TO: CLERK OF THE COURT
US DISTRICT COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

FILED HARRISBURG, PA
PER DEC 26 2019
DEPUTY CLERK

RE: • MOTION TO CLASS
• MOTION FOR TEMPERARY INJUNCTION
• NOTICE OF CLASS ACTION-1983
CLERK, • MOTION TO PROCEED INFORM-PAUPER
• CONCENT, RELEASE FINANCIAL RECORD

PLEASE BE INFORMED THAT I MYSELF, ALONG WITH THE OTHER HEREWITH AD-SEG INMATES HERE AT USP-CANAAN ARE IN CONQUEST FOR URGENT AND IMMEDIATE ASSISTANCE OF THIS HONORABLE COURT, IN HEARING, AND BYWAY GIVING PRE-ORDER IN THE UPCOMING (1983-CIVIL ACTION), PROHIBITING THE WARDEN, AND ALL OTHER UNDER HIS DISCRETION, AND IN ACTIVE CONCERT WITH HIM, FROM ARBITRARILY

③

(1)

AND CAPRICIOUSLY, Violating and TORMENTING THE PETITIONER(S) (ET.AL), IN SUCH A WAY THAT IS, AND HAS BEEN ONGOING INFLICKING IRREPAIRABLE INJURIES UPON THEM and TO THEIR LIFE AND LIMB.

ALL INMATES HEREWITH HAS FOLLOWED NATIONAL-LAW, IN PREPARING AN CERTIFIE AFFIDAVIT, PROVIDING THEIR INDIVIDUAL TESTIMONY and/or COMPLAINTS, IN WHICH INDICATES IN THEIR INDIVIDUAL HAND WRITING, THAT THEY ALL ARE ALSO EXPERIENCING THE SAME PROBLEMS WITH THE RESPONDENTS, AND WISHES (ON THEIR OWN FREE WILL) TO JOIN TOGETHER AS A CLASS-MOVEMENT IN PETITIONING THIS COURT AND LAWFULLY FIGHTING FOR THEIR CONSTITUTIONAL RIGHT'S, AGAINST THE IRREPARABLE VIOLATIONS THE RESPONDENTS ARE ALL JOINTLY ORCHASTRATING. PETITIONER CONTESTS, THAT WHILE THERE ARE OTHER VIOLATIONS AND ISSUES THEY INTEND TO RAISE IN THEIR ACTUAL "TOTALITY" CLAIM AGAINST THE RESPONDENTS, THAT ALL (#19) ISSUES RAISED AS A CLASS, UNDER THEIR THE HEREWITH "MOTION FOR TEMPERARY

(4)

(2)

INJUNCTION", ARE ALL VIOLATIONS AND ISSUES THEY CONTEST, CREATE'S AN IRREPARABLE-INJURY CLAUSE VIOLATION, UNDER THE (8th, AND 14th) AMENDMENT(S) OF U.S CONSTITUTIONAL LAW.

PETITIONERS WHEREFORE, REQUESTS "MERCY OF THE COURTS" (UNDER "PRO SE" PROCEDURES OF LAW), AND ASK THAT THIS HONORABLE COURT HEAR, INVESTIGATE, AND GRANT PETITERS "MOTIONS TO CLASS" AND "MOTION FOR TEMPERARY INJUNCTION", ORDERING THE RESPONDENTS TO DISCONTINUE THEIR ILLEGAL INFLICTING OF IRREPARABLE INJURIES, THAT I. DOES CREATE A CLEAR AN UNDENIABLE IMPAIRMENT AND IMPEACHMENT OF THE LAW.

PETITIONERS HERENOW MAKES NOTICE THAT SINCE PETITIONER "HUGH RILEY #20350045", HAS REASONABLE AND ADEQUATE KNOWLEDGE OF THE LAW, THAT ALL PETITIONERS HAS AGREE'ED TO ALLOW HIM TO LEAD ALL MOTIONS AND PETITION'S DOCKETED IN THIS

(5)

(3)

COURT UNDER THE ABOVE PROVIDED CASE NUMBER, AND WOULD HENCE, BECOME HIS RESPONSABILITY TO INSURE THAT EACH PETITIONER UNDER THE "CLASS" IS PROPERLY and ADEQUATELY ASSISTED IN MAKING THEIR INDIVIDUAL CLAIM and ARGUMENTS, IN A CONSOLIDATED FASHION IN ALINEMENT AS A CLASS.

PETITIONER(S) INFORMS THE COURT THAT WE WERE [DENIED] THE PROPER AD-SEG "INK-PEN", PAPER, and COPIE'S, AS TO PROPERLY FOLLOW THE FILING-RULES AND OBligations OF THIS COURT, (AT THE HANDS OF THE RESPONDENTS ILLEGAL PRACTICES THAT INEVITABLY BLOCKS OUR ACCESS TO THE COURTS) AND HENCE, REQUEST THAT THIS COURT ACCEPT OUR CLAIM DUE TO THE RESPONDENTS ILLegal ACTIONS UTALIZED AGAINST US.

PETITIONER(S) REQUEST A COMPLETE COPIE OF THIS COURTS RULES, AND

(6)

(4)

ASKS that the CLERK OF this COURT FEEL FREE TO CONTACT THE LEAD-PETITIONER "HUGH RILEY #20350045" IN THE SAKE OF ANY FURTHER NECESSARY COMMUNICATIONINGS IN THIS REGARD.

RESPECTFULLY,

*/s/ Hugh L. Riley Jr.*

HUGH L. RILEY #2035004[5]
USP-CANAAN
P.O. BOX 300
WAYMART, PA 18472
PETITIONER(S) PRO SE

P.S., AS A GROUP, PETITIONER'S HAS MADE A REQUEST THAT I "FURTHERLY REQUEST THAT this HONORABLE COURT FURTHERLY ORDER THE RESPONDENT TO ALSO DISCONTINUE THEIR RE-TALITORIAL ACTIONS, OF " BOGUSLY ACCUSING AD-SEG INMATES OF "FIGHTING" EACH OTHER IN THEIR CELL WERE THERE'S NO SURVEILLENCE CAM[ERA] AS TO illegAL JUSTIFY THEIR USE OF FORCE, AS THEIR WAY OF RETALIATING

(7)

(5)

JAYLEEN J. FRYE-TALBERT
MSP-Cambrian
P.O. BOX 300
WAYMART, PA 18472

RECEIVED
HARRISBURG, PA
DEC 26 2019
PER _____
DEPUTY CLERK

U.S. POSTAGE PAID
FCM LG ENV
WAYMART, PA
18472
DEC 19, 19
AMOUNT
$0.00
R2305K138948-05

LEGAL MAIL

CLERK OF COURT
U.S. DISTRICT COURT HOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA
17108

# CERTIFICATE OF SERVICE

I, HUGH L. RILEY #20350045, LEAD-PETITIONER, PRO SE, CERTIFIES, THAT A COMPLETE COPY OF THE FOLLOWING WAS MAILED POSTAGE PRE-PAID, TO THE (U.S DISTRICT COURTHOUSE, 228 WALNUT STREET, P.O. BOX 983, HARRISBURG, PA, 17108) ON DECEMBER, 11TH, OF 2019.

1.) INDEX...
2.) LETTER TO CLERK OF COURT...
3.) MOTION FOR AD TESTIFICANDUM...
4.) MOTION TO PROCEED INFORMAL PAUPEROUS...
5.) RELEASE OF FINANCIAL RECORDS - AFFIDAVIT...
6.) NOTICE OF CIVIL ACTION...
7.) MOTION FOR PERMISSION TO CLASS...
8.) MOTION FOR TEMPERARY INJUNCTION...
9.) MOTION FOR PERMINANT INJUNCTION...
10.) MEMORANDUM OF LAW...
11.) PETITIONERS-AFFIDAVITS

RESPECTFULLY SUBMITTED,

HUGH L. RILEY/#20350045

(1)

HUGH RILEY #203-5004?
USP-CANAAN
P.O. BOX 300
WAYMART, PA 18472

DATE 12-6-19

FILED
HARRISBURG, PA
DEC 26 2019
PER _____
DEPUTY CLERK

CLERK OF COURT
U.S. DISTRICT COURTHOUSE
P.O. BOX 983
HARRISBURG, PA 17108

CLERK OF COURT,

PLEASE BE ADVISED THAT MYSELF AND SEVERAL OTHER AD-SEG INMATES HERE IN CANAAN ARE BEING DENIED "LEGAL COPIES", "NOTARY STAMPS" AND OTHER LEGAL ASSISTANCE BY THE WARDEN, (ET. AL.) HERE AT CANAAN, IN RETALIATION OF THE HEREWITH CLASS AGAINST THEM.

RESPECTFULLY
/s/ H. Riley